**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10498 |
| Plaintiff - Appellee, | D.C. No. 1:13-cr-00104-LJO |
| v. | |
| JUAN JOSE ALVAREZ-ARROYO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
Lawrence J. O'Neill, District Judge, Presiding

Submitted June 22, 2015[**]

Before: HAWKINS, GRABER, and W. FLETCHER, Circuit Judges.

Juan Jose Alvarez-Arroyo appeals from the district court's judgment and

challenges his guilty-plea conviction and 46-month sentence for being a deported

alien found in the United States, in violation of 8 U.S.C. § 1326. Pursuant to

*Anders v. California*, 386 U.S. 738 (1967), Alvarez-Arroyo's counsel has filed a

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Alvarez-Arroyo the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**